Certificate Number: 12433-MD-DE-014690419

Bankruptcy Case Number: 09-27825



12433-MD-DE-014690419

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 28, 2011</u>, at <u>6:58</u> o'clock <u>PM PDT</u>, <u>Judy McClelland</u> completed a course on personal financial management given <u>by telephone</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of Maryland</u>.

Date: <u>April 29, 2011</u>       By: <u>/s/Lisa Susoev</u>

Name: <u>Lisa Susoev</u>

Title: <u>Teacher</u>

Certificate Number: 12433-MD-DE-014690420

Bankruptcy Case Number: 09-27825



12433-MD-DE-014690420

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 28, 2011</u>, at <u>6:58</u> o'clock <u>PM PDT</u>, <u>Wayne McClelland</u> completed a course on personal financial management given <u>by telephone</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of Maryland</u>.

Date:  <u>April 29, 2011</u>          By:   <u>/s/Lisa Susoev</u>

                                   Name: <u>Lisa Susoev</u>

                                   Title: <u>Teacher</u>